**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID ROBERT HASELTINE,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 24-1876** |
| **v.** | : | **(Lead Case)** |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.** | : | |
| *Defendant* | : | |

## RULE

**AND NOW**, this 27th day of February 2025, upon consideration of the *joint report* filed by Plaintiffs and the Chapter 7 Trustee, (ECF 37), a Rule is hereby issued for the parties to address a potential consolidation issue noted in the status report:

- whether Interim Class Counsel and Plaintiffs should pursue actions against FBCS and FBCS Customers in separate actions, or

- whether the purported related cases naming FBCS Customers as party defendants should be consolidated with this Action.[1]  Accordingly, it is further **ORDERED** that:

1. Interim Class Counsel and Plaintiffs shall file their brief(s) by no later than March 28, 2025.

2. The Chapter 7 Trustee and FBCS Customer Defendants shall respond by no later than April 11, 2025.

3. All other interested parties may file a response by April 21, 2025

---

[1]     By Order dated January 6, 2025, since the automatic bankruptcy stay was lifted, the parties were ordered to file a joint report addressing the status of this matter and how it should proceed.  (ECF 35).  In response, Plaintiffs and the Chapter 7 Trustee submitted a joint report to this Court, in which they, in turn, seek this Court's guidance about how the matter should proceed.  (ECF 37).  In the response, Plaintiffs conveyed that they could envision the matter proceeding either with Interim Class Counsel and Plaintiffs pursuing separate actions against the FBCS Customers or that this action could include the FBCS Customers.  Because counsel for the parties in the separate purportedly related actions have not been heard, the parties are directed to brief this issue.

The Clerk of Court is **DIRECTED** to file this Order in all Related Actions.

                              **BY THE COURT:**

                              /s/ *Nitza I. Quiñones Alejandro*_____
                              **NITZA I. QUIÑONES ALEJANDRO**
                              *Judge, United States District Court*

2